UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASHONA CLARK, | : |
| Petitioner, | : Civ. No. 08-3347 (RBK) |
| v. | : **ORDER** |
| MICHELLE RICCI, et al., | : |
| Respondents. | : |

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this  28th  day of   October  , 2013,

ORDERED that the Clerk shall reopen this case so that the Court can rule on Petitioner's motion for relief from judgment and motion for stay and abeyance; and it is further

ORDERED that Petitioner's motion for relief from judgment (Dkt. No. 28.) is denied; and it is further

ORDERED that Petitioner's motion for stay and abeyance (Dkt. No. 31.) is denied; and it is further

ORDERED that a certificate of appealability shall not issue; and it is further

ORDERED that the Clerk shall re-close this case.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1